pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 89–7189. WEI v. DELAWARE. Sup. Ct. Del. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until June 11, 1990, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 89–7341. IN RE SUN. Petition for writ of habeas corpus denied.

No. 89–7068. IN RE DOUGLASS. Petition for writ of mandamus denied.

No. 88–2009. RICHARDSON ET AL. v. UNITED STEELWORKERS OF AMERICA. C. A. 5th Cir. Certiorari denied.

No. 89–999. TERWILLIGER v. GREYHOUND LINES, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 89–1233. ESTATE OF YAEGER, BY WINTERS, EXECUTOR, ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied.

No. 89–1238. STEAD MOTORS OF WALNUT CREEK v. AUTOMOTIVE MACHINISTS LODGE NO. 1173, INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS. C. A. 9th Cir. Certiorari denied.